**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| KEVIN TOULAN, as Administrator of the Estate of Bridgett Toulan, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )     **Docket No. 2:26-cv-00039-LEW** ) |
| CUMBERLAND COUNTY; AAG JILL O'BRIEN; JOHNATHON BOLTON, CUMBERLAND COUNTY SHERIFF'S OFFICE; ARMOR CORRECTIONAL HEALTH SERVICES, INC.; LPN CHERYL KIRK; EDIE WOODWARD, PA; CO FRED ROZZIE; CO MATTHEW SMITH; JOHN AND JANE DOE PRISON AND MEDICAL STAFF 1-10, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS FRED ROZZIE AND MATTHEW SMITH**

Defendants Fred Rozzie and Matthew Smith, by and through counsel, hereby respond to the The Plaintiff's Complaint as follows:

**AFFIRMATIVE DEFENSES**

1.    The Defendants have at all times acted in good faith and without knowledge that their conduct violated any clearly established constitutional or statutory rights of the Plaintiff.

2.    The Defendants' conduct did not violate any clearly established constitutional or statutory rights of the Plaintiff.

3.    To the extent that the Plaintiff endeavors to make a state claim grounded in tort, the claim is barred by Plaintiff's failure to comply with the notice provisions of the Maine Tort Claims Act, 14 M.R.S. § 8107 and 8108.

4.      To the extent that the Plaintiff endeavors to make a state claim grounded in tort, the claim is barred by the personal immunity provisions provided to the Defendant by the Maine Tort Claims Act, 14 M.R.S. § 8111.

5.      To the extent that the Plaintiff endeavors to make a state claim grounded in tort, the claim is capped by the personal exposure limit provided to the Defendant by the Maine Tort Claims Act. 14 M.R.S. § 8104-D.

6.      To the extent that the Plaintiff's Complaint seeks to impose liability on the Defendants in their representative capacity, the Complaint fails to state a claim upon which relief may be granted.

7.      The Defendants reserve the right to demonstrate that the conduct of the Plaintiff was the sole or a contributing cause of any injuries or damages she may have sustained, which bars or reduces the claims pursuant to comparative fault.

8.      The Plaintiff's Complaint fails to state a claim upon which relief may be granted.

9.      The Plaintiff's claims are barred for the reason that the Defendants' actions do not constitute deliberate indifference or conduct which is shocking to the conscience.

10.     The Plaintiff's claims are barred for the reason that the allegations in the Complaint allege simple negligence and the conduct complained of is not the type contemplated under 42 U.S.C. § 1983.

11.     The Plaintiff's claims are barred by the doctrine of immunity.

12.     Defendants Rozzie and Smith are entitled to qualified immunity.

13.     The Plaintiff's Complaint fails to state justiciable claims.

14.     The Defendants cannot be held liable for the alleged damages associated with conditions that pre-existed the events alleged in the Complaint.

15. The Defendants cannot be held liable for the acts of others or for intervening or superseding causes.

## ANSWER

### Introduction to The Plaintiff's Complaint

The introductory section on pages 2 through 4 of the Plaintiff's Complaint fails to conform to Fed. R. Civ. P. 10(b), requiring that allegations be stated "in numbered paragraphs, each limited as far a practicable to a single set of circumstances." Therefore, no response is required to this introductory section of the Complaint. To the extent that a response is required, the Defendants deny the allegations alleged in this section.

### Parties

1. Admitted.

2. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

3. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

4. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

5. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

6.      The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

7.      The Defendants admit that Fred Rozzie was a corrections officer at the Cumberland County Jail at all relevant times and that he was working on the night of Bridgett Toulan's death. The remaining allegations contained in Paragraph 7 of the Plaintiff's Complaint state a legal conclusion to which no response is required. To the extent that a response is required, the Defendants deny the allegations alleged in this section.

8.      The Defendants admit the allegations contained in this Paragraph of the Plaintiff's Complaint.

9.      The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

## Jury Trial By Demand

10.     No response is required to Plaintiff's request for a jury trial.

## Jurisdiction and Venue

11.     The Defendants admit that this action arises under 42 U.S.C. § 1983.

12.     The Defendants admit that the U.S. District Court for the District of Maine has subject matter jurisdiction over the Plaintiff's claims under 28 U.S.C. §§ 1331 and 1343.

13.     The Defendants admits that venue is the District of Maine is proper pursuant to 28 U.S.C. § 1391(b)(2).

4

**Facts**

14.    The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

15.    The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

16.    The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

17.    The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

18.    The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

19.    The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

20.    The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

21. The Defendants deny the existence of a facility called "Cumberland Prison." The Defendants are without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

22. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

23. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

24. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

25. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

26. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

27. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

28.     The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

29.     The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

30.     The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint.

31.     The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

32.     The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

33.     The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

34.     The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

35.     The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

36.    The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

37.    The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

38.    The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

39.    The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

40.    The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

41.    The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

42.    The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

43. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

44. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

45. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

46. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

47. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

48. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

49. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

50.      The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

51.      The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

52.      The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

53.      The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

53.      The Defendants are without sufficient information or knowledge to form as belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.[1]

54.      The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

## Legal Claims

## Count I
### (42 U.S.C. § 1983/8[th] and 14th Amendment Violation)

55.      The Defendants repeat and reassert their responses to the preceding paragraphs of the Plaintiff's Complaint.

---

[1] The Plaintiff's Complaint contains two consecutive paragraphs that are numbered as paragraph 53.

56.     No response is required to this paragraph of the Plaintiff's Complaint. To the extent that a response is required, the Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint.

57.     The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint.

58.     The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

59.     The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

60.     The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

61.     The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint.

62.     The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

63.     The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

64.     The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint.

65.     The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

66.     The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint.

67.     The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint.

68.     The Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint.

### Count II
### (42 U.S.C. § 1983/First Amendment Violation)

69.     The Defendants repeat and reassert their responses to the preceding paragraphs of the Plaintiff's Complaint.

70.     No response is required to this paragraph of the Plaintiff's Complaint.

71.     This paragraph of the Plaintiff's Complaint contains a legal conclusion to which no response is required. To the extent that a response is required, the Defendants deny the allegations therein.

72.     The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

73. This paragraph of the Plaintiff's Complaint contains a legal conclusion to which no response is required. To the extent that a response is required, the Defendants deny the allegations contained in this paragraph of the Plaintiff's Complaint.

74. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

75. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

76. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

77. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

**<u>Count III</u>**
**(42 U.S.C. § 1983/Civil Conspiracy)**

78. The Defendants repeat and reassert their responses to the preceding paragraphs of the Plaintiff's Complaint.

79. No response is required to this paragraph of the Plaintiff's Complaint.

80. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

81.     The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

82.     The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

83.     The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and, accordingly, deny same.

### Prayer for Relief

84.     No response is required to this paragraph of the Plaintiff's Complaint. To the extent that a response is required, the Defendants deny the allegations contained therein.

### Jury Demand

Pursuant to Local Rule 38 and Fed. R. Civ. P. 38(b), the Defendants request a trial by jury on all claims and issues properly tried to a jury.

### CONCLUSION

The Defendants, Fred Rozzie and Matthew Smith, demand judgment in their favor with regard to all claims against them in the Plaintiff's Complaint, including an award of costs and attorney's fees, if appropriate, and such other relief as the court deems just.


Dated: March 9, 2026                              /s/ Peter Marchesi_____
                                                  Peter T. Marchesi, Esq.

                                                  /s/ Michael Lichtenstein_____
                                                  Michael D. Lichtenstein, Esq.


14

Wheeler & Arey, P.A.
Attorneys for Defendants Rozzi and
Smith
27 Temple Street
Waterville, ME 04901

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| KEVIN TOULAN, as Administrator of the Estate of Bridgett Toulan,<br><br>Plaintiff,<br><br>v.<br><br>CUMBERLAND COUNTY; AAG JILL O'BRIEN; JOHNATHON BOLTON, CUMBERLAND COUNTY SHERIFF'S OFFICE; ARMOR CORRECTIONAL HEALTH SERVICES, INC.; LPN CHERYL KIRK; EDIE WOODWARD, PA; CO FRED ROZZIE; CO MATTHEW SMITH; JOHN AND JANE DOE PRISON AND MEDICAL STAFF 1-10,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **Docket No. 2:26-cv-00039-LEW**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Michael D. Lichtenstein, hereby certify that:

● Answer and Affirmative Defenses to the Plaintiff's Complaint

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Joseph P. Guzzardo, Esq.    *joseph@romanowlawgroup.com*

Dated: March 17, 2024

/s/ Michael Lichtenstein
Michael D. Lichtenstein, Esq.
Wheeler & Arey, P.A.
Attorneys for Defendants Rozzi and Smith
27 Temple Street
Waterville, ME 04901

16